STIFFEL & FREEMAN CO. v. AMERICAN FERROFIX BRAZING CO.

(Circuit Court, E. D. Pennsylvania. December 6, 1910.)

No. 1,028.

EXPLOSIVES (§ 7*)—QUESTIONS FOR JURY—CONFLICTING EVIDENCE.
    Conflicting evidence with respect to the cause of an explosion *held* sufficient to require the submission to the jury of the question whether it was caused by the negligence of defendant's agent.
    [Ed. Note.—For other cases, see Explosives, Dec. Dig. § 7.*]

At Law. Action by the Stiffel & Freeman Company against the American Ferrofix Brazing Company. On motions by defendant for new trial and for judgment notwithstanding the verdict. Motions denied.

H. M. McCaughey and Wm. S. Furst, for plaintiff.
Jere J. Crowley and Henry N. Smaltz, for defendant.

J. B. McPHERSON, District Judge. In my opinion there was competent testimony concerning the cause of the explosion, which required the court to submit the question. The witnesses did not agree, and the jury alone could decide the dispute, and say what the facts were and what inferences were properly to be drawn therefrom. The verdict was not a guess, without evidence. Concededly the defendant's agent was in a position where his incautious act might do harm; he was about to use a tool with which a spark might be generated; and I think the inference was legitimate that the explosion was the effect of such a spark. No doubt there was opposing testimony concerning the cause of the disaster, but the jury was the sole judge in this controversy.

A new trial is refused. Judgment notwithstanding the verdict is also refused, and to this refusal an exception is granted in favor of the defendant.